UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 01 2016
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 15-40104 |
| Plaintiff, | AMENDED SUPERSEDING INFORMATION |
| vs. | |
| JERRID LEE MORRIS, | INTERSTATE DOMESTIC VIOLENCE |
| Defendant. | 18 U.S.C. §§ 2261(a)(2) and 2261(b)(3) |

The Assistant United States Attorney charges and informs the Court:

That on or about August 8, 2015, in the District of South Dakota and elsewhere, the defendant, Jerrid Lee Morris, did cause Female Victim #1, a dating partner, as defined at 18 U.S.C. § 2266(10), to leave the state of South Dakota and travel to Nebraska, by force, coercion, duress, and fraud, and in the course of and as a result of that conduct, did intentionally commit and attempt to commit a crime of violence, that is, an assault or attempted assault of Female Victim #1, by threatening to use a dangerous weapon on her, that is a knife, all in violation of 18 U.S.C. §2261(a)(2) and §2261(b)(3).

Dated this 2nd day of September, 2016.

RANDOLPH J. SEILER
UNITED STATES ATTORNEY

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410